Case 1:15-mj-02327-SAG   Document 2   Filed 11/09/15   Page 1 of 1

AO 106 (Rev. 04/10) Application for a Search Warrant

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 0 9 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>iPhone cellular telephone model No. A1428, bearing<br>IMEI No. 013442006530330 | ) ) ) ) ) ) | Case No. **15-2327SAG** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

iPhone cellular telephone model No. A1428, bearing IMEI No. 013442006530330

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g) | Possession of a Firearm by a Prohibited Person |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Kelvin Jackson, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 27, 2015

City and state: Baltimore, Maryland

*Judge's signature*

Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*