AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED _____ ENTERED
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT

NOV 0 9 2015

for the

District of Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>iPhone cellular telephone model No. A1428, bearing<br>IMEI No. 013442006530330 | )<br>)<br>)<br>)   Case No.   **15-2327SAG**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

iPhone cellular telephone model No. A1428, bearing IMEI No. 013442006530330

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before Nov. 10, 2015 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   Oct 27, 2015 10:49am

City and state:   Baltimore, Maryland

_____
Judge's signature

Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

15-2327SAG

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/03/2015 @ 3:00 pm | Copy of warrant and inventory left with: Subject Electronic Device |

Inventory made in the presence of: ATF S/A Troy Dannenfelser

Inventory of the property taken and name of any person(s) seized:

15-2327SAG

Forencic analysis conducted.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/06/2015

_____
Executing officer's signature

Kelvin Jackson / Special Agent
Printed name and title